# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON CODY, et al., | No. 2:19-CV-2383-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA SUPERIOR COURT IN AND FOR TRINITY COUNTY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, brings this civil action. On the court's own motion, and good cause appearing therefor, the scheduling conference set for April 15, 2020, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution of defendants' motions to dismiss.

IT IS SO ORDERED.

Dated: January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1