IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LEON CODY, et al., | No. 2:19-CV-2383-JAM-DMC |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA SUPERIOR COURT IN AND FOR TRINITY COUNTY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for recusal (ECF No. 8) is granted;

2. The Clerk of the Court is directed to randomly assign this case to another Magistrate Judge for all further proceedings and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment; and

3. All hearing dates currently set before the undersigned are vacated.

Dated: January 10, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1