UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE CODY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUPERIOR COURT IN AND FOR TRINITY COUNTY, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-02383-JAM-KJN PS<br><br><br>ORDER |

　　　In light of the Findings and Recommendations (ECF No. 55) pending in this matter, the initial scheduling conference set for May 21, 2020 is hereby VACATED.  If necessary, the court will reset the conference at a later date.

IT IS SO ORDERED.

Dated:  May 14, 2020

　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/2383.cody